IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

Christa Haala,

Plaintiff,

vs.

The County of Blue Earth, and the Blue Earth County Sheriff's Department; Bradley Peterson, Sheriff of Blue Earth County, individually and in his official capacity; and Randy Walker, Blue Earth County Jail Administrator, individually and in his official capacity,

Defendants.

Court File No.:01-717 MJD/JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE, ORDER FOR JUDGMENT AND JUDGMENT**

The undersigned attorneys hereby advise the Court that all claims, counterclaims and crossclaims by all parties in the above-entitled cause of action have been fully compromised and settled. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN All the parties thereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, counterclaims and crossclaims, without costs or disbursements to any of the parties, may be entered herein.

FEB 13 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 13 2002
DEPUTY CLERK

Christa Haala v. County of Blue Earth, et al, Civil No.: 01-717 (MJD/JGL)

Dated: 2/8/02
MAVITY & ASSOCIATES

William Mavity (#143716)
Attorney for Christa M. Haala
1650 West 82nd Street, Suite 1460
Bloomington, MN 55431
(952) 885-5600

Dated: 2/7/02
JOHNSON & CONDON, P.A.

Teresa M. Thompson (#248940)
Attorneys for Defendants
Financial Plaza
7235 Ohms Lane
Minneapolis, MN 55439-2152
(952) 831-6544

## ORDER FOR JUDGMENT

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 12 day of Feb., 2002.

Judge of District Court

## JUDGMENT

Pursuant to the foregoing Stipulation and Order,

IT IS HEREBY ORDERED AND ADJUDGED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

Dated this day of _______________, 2002.

BY THE COURT,

(District Court Seal)

Clerk of District Court